Nov. Term, 1847.

THE STATE, on the Relation of PIERSON, *v.* GOODING.—On appeal.

THAYER
v.
DOVE.

Monday,
January 10,
1848.

THE executor of *A.* gave bond with surety conditioned for the performance of his duty. In 1846, and after the executor's death, the administratrix of the surety was sued, on said bond, for a *devastavit* committed by the executor. The suit was brought in the name of the state, on the relation of the administrator *de bonis non* of *A.* *Held*, that the suit would not lie on the relation of the administrator *de bonis non.* *Anthony* v. *M'Call*, 3 Blackf. 86.—*Young* v. *Kimball* (ante, 167).—R. S. 1843, p. 544 (1).

(1) But see the statute of 1849 respecting the authority of administrators *de bonis non* as to such bonds as that mentioned in the text. Acts of 1849, p. 53.

---

THE STATE *v.* IRWIN.—In error.

Thursday,
January 20,
1848.

ATTACHMENT against the defendant for a contempt in not obeying the process of the Court. Judgment against the defendant for one dollar and the costs. *Held*, that the prosecuting-attorney was not entitled to a docket-fee in the case.